

**Via ECF**                                                        March 16, 2020

The Honorable Rudolph Contreras
District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re: *The Protect Democracy Project, Inc. v. U.S. Dep't of Justice*, 20 Civ. 172 (RC)

Dear Judge Contreras,

      I write on behalf of Plaintiff in the above-captioned FOIA action. I have conferred with counsel for Defendants, and in light of the ongoing pandemic, the parties respectfully request that the hearing scheduled for March 19, 2020, be conducted telephonically.

      Respectfully submitted,

      By: */s/ John Paredes*
          John Paredes

      *Counsel for Plaintiff*

cc:    All Counsel of Record (via ECF)