UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 20-172 (RC) |

**JOINT STATUS REPORT AND PARTIAL PROPOSED SCHEDULES**

Pursuant to the Order dated March 16, 2020, Plaintiff The Protect Democracy Project, Inc. and Defendants U.S. Department of Justice ("DOJ"), U.S. Department of Defense ("DOD"), and U.S. Department of State ("State") hereby submit this Joint Status Report, along with the Parties' partial proposed schedules to govern this case.

Plaintiff's Position on the OLC Memorandum:

Earlier today, in compliance with the Order dated March 12, 2020, DOJ subcomponent the Office of Legal Counsel ("OLC") filed notice that "OLC possesses a legal memorandum meeting the description of Plaintiff's FOIA request[,]" and that "OLC will include the document in its processing of Plaintiff's request." Dkt. 25. OLC has been aware of Plaintiff's specific request for immediate processing of that memorandum since Plaintiff moved for a preliminary injunction a month ago on February 19, 2020, *see* Dkt. 14 at 1, and has had a full week to conduct review and interagency consultation since the Court ordered the fact of its existence

revealed. Considering the ample time OLC has had to process the memorandum, as well as the relevance of Plaintiff's request to pending war powers legislation and the recent escalation of conflict with Iran, *see* Dkt. 24, Plaintiff submits that OLC should be required to produce non-exempt portions of the memorandum no later than March 23, 2020.

<u>Defendants' Position on the OLC Memorandum:</u>

OLC will process the OLC memorandum by April 6, 2020. The OLC memorandum is a privileged, deliberative legal advice document with equities from across the government. OLC needs time to consider whether to release this document, either in full or in part, apply appropriate redactions, if necessary, and consult multiple other entities, all of which are currently dealing with significant disruptions to government operations due to the COVID-19 pandemic.

<u>The Parties' Position on Other Potentially Responsive Documents:</u>

As to other potentially responsive documents, the Parties are engaged in productive, good faith discussions regarding potential narrowing and prioritization of Plaintiff's request, as well as a reasonable timetable for processing documents. At the moment, the agencies' FOIA offices are restricted in their ability to review documents stored on classified servers due to the ongoing pandemic, complicating any determination of a reasonable timetable for production. The Parties are discussing what can be done in the meantime, including prioritization for the time being of documents stored on unclassified servers. The Parties propose to file another joint status report updating the Court on the status of these discussions by March 27, 2020.

Dated: March 19, 2020                    Respectfully submitted,

                                         THE PROTECT DEMOCRACY PROJECT, INC.

                                         By: */s/  Anne H. Tindall*

Anne H. Tindall
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW, #163
Washington, DC 20006
T: (202) 579-4582 | F: (929) 777-8428
anne.tindall@protectdemocracy.org

Benjamin L. Berwick
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
T: (202) 579-4582 | F: (929) 777-8428
ben.berwick@protectdemocracy.org

John Paredes (*pro hac vice*)
The Protect Democracy Project, Inc.
115 Broadway, 5th Floor
New York, NY 10006
T: (202) 579-4582 | F: (929) 777-8428
john.paredes@protectdemocracy.org

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ Kari E. D'Ottavio
KARI E. D'OTTAVIO
NY Bar Reg. No. 5338785
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0568
Fax: (202) 616-8470
kari.e.d'ottavio@usdoj.gov

*Counsel for Defendants*